Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for BERT VOTO-BERNALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERT VOTO-BERNALES, *et al.*,<br><br>Defendants. | Case No. CR 3:06-mj-70253-JL<br><br>[~~PROPOSED~~] ORDER TO MODIFY ~~CONDITIONS~~ OF PRETRIAL RELEASE |

On April 26, 2006, this Court issued an order setting the conditions of Mr. Voto-Bernales' pretrial release which limited Mr. Voto-Bernales' travel to within the Northern District of California. Because Mr. Voto-Bernales joins his seven-year-old son in racing motorcycles in Lodi, California on a weekly basis, Mr. Voto-Bernales has requested that the travel restrictions of his pretrial release be expanded so that he may travel to Lodi, California.

The Court is informed that counsel for Mr. Voto-Bernales has spoken to Assistant United States Attorney C. David Hall, and Mr. Hall has no objections to the expansion of Mr. Voto-Bernales' travel restrictions to permit travel to Lodi, California. The Court is further informed that counsel has spoken to United States Pretrial Services Officer Michelle Nero, and Ms. Nero has stated that she has no objection to this request on the condition that Mr. Voto-Bernales informs her of his intended travel before departing.

## ORDER

Good cause appearing therefor, and upon agreement of the parties, the Court HEREBY ORDERS that the release conditions for Bert Voto-Bernales in the above-captioned case are expanded to permit his travel to the Eastern District of California on a weekly basis to join his son in racing motorcycles on the condition that Mr. Voto-Bernales informs United States Pretrial Services Officer Michelle Nero of his intended travel in advance of his departure.

IT IS SO ORDERED.

DATED: May 12, 2006



_____
The Hon.
United S    Judge James Larson